IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00132-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN STEPHEN RUSSELL,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture as to defendant Shawn Stephen Russell. The Court, having read said Motion and being fully advised in the premises, finds:

THAT the United States and defendant Shawn Stephen Russell entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and to provide notice to third parties.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Shawn Stephen Russell's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C.

§ 2461(c): One Smith & Wesson, Model 58 .41 caliber revolver, with Serial Number N235125 and four rounds of Winchester-Western .41 caliber ammunition.

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

DATED May 4, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge