IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00132-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN STEPHEN RUSSELL,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 110] for the following property:

    a.    One Smith & Wesson, Model 58 .41 caliber revolver, Serial Number N235125;

    b.    Four rounds of Winchester-Western .41 caliber ammunition.

The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on April 6, 2011.

A Preliminary Order of Forfeiture was entered on May 4, 2012 [Docket No. 83].

All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n).

No petitions for an ancillary hearing have been filed in this matter by any party.

It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED that:

1. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure, free from the claims of any other party:

    a. One Smith & Wesson, Model 58 .41 caliber revolver, Serial Number N235125;

    b. Four rounds of Winchester-Western .41 caliber ammunition.

2. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED October 24, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge